# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHLOEE HOLDEN

VERSUS

ALEJANDROS PERKINS, IN HIS
INDIVIDUAL AND OFFICIAL
CAPACITY AS CHAIR OF THE
BOARD OF SUPERVISORS FOR THE
UNIVERSITY OF LOUISIANA
SYSTEM, JOHN L. CRAIN, IN
HIS INDIVIDUAL AND OFFICIAL
CAPACITY AS PRESIDENT OF
SOUTHEASTERN LOUISIANA
UNIVERSITY, JAMES SMOOT, JAY
ARTIGUES, AND JUSTIN BICE

NO.   2020 CW 0663

SEPTEMBER 22, 2021

---

In Re:   Alejandros Perkins, in his individual and official
         capacity and as chair of the Board of Supervisors for
         the University of Louisiana System, et al., applying
         for supervisory writs, 21st Judicial District Court,
         Parish of Tangipahoa, No. 2018-0003472.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed
pursuant to the motion filed by relators and respondent advising
that  the  matter  has  been  dismissed,  mooting  this  writ
application, and moving to dismiss this writ application.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT